UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,                            Case No. 07-20152

vs.                                     HON. MARK A. GOLDSMITH

COURTNEY GIBSON,

      Defendant.

_____/

**ORDER**
**APPOINTING COUNSEL AND DENYING WITHOUT PREJUDICE MOTION FOR COMPASSIONATE RELEASE (Dkt. 57)**

On January 26, 2021, Defendant Courtney Gibson filed a pro se motion for compassionate release (Dkt. 57). Prior to Gibson's filing of this motion, he was represented by appointed counsel, Andrew Wise, in connection with a separate post-conviction motion. Mr. Wise is now retired from the Federal Community Defender's Office of the Eastern District of Michigan. The Court has reviewed Gibson's motion for compassionate release and finds that it is appropriate to appoint counsel to represent Gibson in connection with the motion. The appointment order will issue separately. Because Gibson is now represented by counsel, his pro se motion for compassionate release (Dkt. 57) is denied without prejudice, to being refiled through his attorney by March 15, 2021.

      SO ORDERED.

Dated: February 11, 2021                          s/Mark A. Goldsmith
      Detroit, Michigan                         MARK A. GOLDSMITH
                                                United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on February 11, 2021.

          s/Karri Sandusky
          Case Manager